**STATE of Missouri, Respondent,**

v.

**Deanna T. HARRIS, Appellant.**

**No. WD 52730.**

Missouri Court of Appeals, Western District.

Feb. 11, 1997.

Gary E. Brotherton, Assistant Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Lisa A. Fischer, Asst. Atty. Gen., Jefferson City, for Respondent.

Before BRECKENRIDGE, P.J., and LAURA DENVIR STITH and HOWARD, JJ.

## ORDER

PER CURIAM.

Deanna Harris appeals from her conviction, following a jury trial, of stealing, § 570.030, RSMo 1994.

Affirmed. Rule 30.25(b).